# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                     Fax: 718-740-2000
*Employment and Labor*                         Web: www.abdulhassan.com

May 1, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2024
```

**Via ECF**

Hon. Gregory H. Woods, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

## MEMORANDUM ENDORSED

**Re: Harford v. 38th Street Suites LLC et al**
Case No.  24-CV-01531 (GHW)(RFT)
**Motion to Adjourn Conference**

Dear Judge Woods:

     My firm represents Plaintiff in the above-referenced action, and I respectfully write to request an adjournment of the May 2, 2024 pre-motion conference and the deadline for Plaintiff to file a response to Defendant's request for a pre-motion conference. The attorneys have conferred and are in favor of holding the motion in abeyance and for the case to be referred to the Court's mediation program. However, defense counsel needs some additional time to confer with his client on this issue - Plaintiff believes that the Court can make the referral under the Local Rules independent of the parties if it chooses to do so. In any event, if the Court does not make the automatic referral to mediation. It is respectfully requested that the Court direct the parties to report within a week as to their position on a mediation referral and at that time the Court can schedule the pre-motion conference if necessary.

     Plaintiff's counsel also requests an adjournment of the conference because he has a previously scheduled in-person pre-motion conference in the EDNY at 2:00 p.m. that may conflict with the 4:00 p.m. in this case. No prior request for an adjournment of this conference was made.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

1

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

Application granted.  Plaintiff's request to adjourn the upcoming pre-motion conference and the deadline for Plaintiff to file a response to the pre-motion conference request is granted.  Dkt. No. 14.  The pre-motion conference scheduled for May 2, 2024 is adjourned sine die.  Plaintiff's response to Defendants' letter requesting a pre-motion conference, Dkt. No. 11, is due no later than May 9, 2024.  The parties are directed to submit a letter by May 9, 2024 noting each party's respective position on whether they believe the case should be referred to the mediation program.  If the parties do not consent to a referral, the Court will set a new date for the pre-motion conference at that time.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated:  May 2, 2024
New York, New York

                                          GREGORY H. WOODS
                                          United States District Judge