# JacksonLewis

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax

**jacksonlewis.com**

May 9, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024
```

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: *Shalik Harford v. 38th Street Suites LLC, et al.*
Civil Case No.: 1:24-cv-01531-GHW

Dear Judge Woods:

As counsel for the Defendants in the above matter, we write further to Plaintiff's letter (Dkt. No. 14) and Your Honor's May 2, 2024 Order (Dkt. No. 15) to confirm the parties' request that this matter be referred to the Court's Alternative Dispute Resolution Mediation Program. The parties respectfully report that they consent to referral of this case to the mediation program and respectfully request that all litigation deadlines be adjourned pending such ADR. Specifically, the parties request 60 days to complete the mediation process and, in order to conserve the parties' resources, that potential motion practice (Dkt. No. 11) be adjourned to a date thereafter.

We thank the Court for its consideration and continued attention to this matter.

Respectfully submitted,

JACKSON LEWIS, P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT
cc: All Counsel of Record (*via* ECF)

4857-7599-1229, v. 1

Application granted.  The parties' request for a mediation referral and an adjournment of deadlines, Dkt. No. 16, is granted in part.  The initial pretrial conference and related deadlines set in the Court's February 29, 2024 order, Dkt. No. 5, remain in full force and effect.  The deadline for Defendant to answer or otherwise respond to the complaint is adjourned to October 15, 2024.  The parties are directed to submit a joint letter by that date if they are unable to reach a resolution by mediation or otherwise.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated: May 9, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge