
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shalik Harford,<br><br>                    Plaintiff,<br><br>         -v-<br><br>38th Street Suites LLC, and<br>Jay Conference Bryant Park LLC,<br><br>                    Defendants. | Civ. Action #: 24-CV-01531<br>(GHW)(RFT)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 21, 2025; and Defendants 38th Street Suites LLC, and Jay Conference Bryant Park LLC, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Shalik Harford in the amount of $5,000.00;

ORDERED and ADJUDGED that judgment is entered in favor of Shalik Harford and against Defendants 38th Street Suites LLC, and Jay Conference Bryant Park LLC, individually and jointly, in the amount of $5,000.00.

The Clerk of Court is directed to close this case.

**Dated: March 23, 2025**

   New York, New York

_____
Hon. Gregory H. Woods
**United States District Judge**